**Dismissed and Memorandum Opinion filed May 30, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00286-CV

## IN THE INTEREST OF J.M.A., A CHILD

**On Appeal from the 378th District Court**
**Ellis County, Texas**
**Trial Court Cause No. 85847D**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from an order signed January 8, 2013, in a suit affecting the parent-child relationship. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On April 29, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided

this court with proof of payment for the record or filed any other response to this court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Christopher, and McCally.